**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Frederick W. FISHER, Jr., Petitioner.**

Supreme Court of Pennsylvania.

May 5, 1999.

Philip D. Lauer, Easton, for petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 5th day of May, 1999, the Petition for Allowance of Appeal is **GRANTED** pursuant to *Commonwealth v. Randolph,* 553 Pa. 224, 718 A.2d 1242 (1998). The Order of the Superior Court is **REVERSED** and this matter is **REMANDED** to the Court of Common Pleas of Monroe County for trial.

---

4. Significantly, the majority concedes that the Military Affairs Act conflicts with the Rule–of–Three because it would require that any veteran candidate appearing on an eligibility list be given preference whether or not his or her name was among the three highest ranked candidates. See Majority Op. at 944.